WR-31,454-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/1/2015 9:52:04 AM
Accepted 5/1/2015 9:59:37 AM
ABEL ACOSTA
CLERK

# Nos. WR-31,454-03 & WR-31,545-04

---

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### EX PARTE RODNEY ELNESTO SMILEY, Applicant.

---

On Application for a Writs of Habeas Corpus

Cause No. C-213-010293-1011284-B
In the 213th District Court from Tarrant County

Cause No. W94-02594-U(A)
In the 291st District Court from Tarrant County

---

## NOTICE OF APPEARANCE OF COUNSEL
## FOR THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE

---

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | *JOSEPH P. CORCORAN<br>Assistant Attorney General<br>Supervising Attorney |
| CHARLES E. ROY<br>First Assistant Attorney General | for Non-Capital Appeals<br>Criminal Appeals Division<br>State Bar No. 00793549 |
| EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division | Joseph.Corcoran@TexasAttorneyGeneral.gov |
| | P. O. Box 12548, Capitol Station<br>Austin, Texas 78711 |
| *Lead Appellate Counsel | Telephone: (512) 936-1400<br>Facsimile: (512) 936-1280 |

---

### ATTORNEYS FOR THE
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS**:

COMES NOW, the undersigned, Joseph P. Corcoran, Assistant Attorney General for the State of Texas, and would show the Court as follows:

On April 29, 2015, the Court issued an order in this proceeding in which it invited the Office of General Counsel of the Texas Department of Criminal Justice (TDCJ) to submit a brief to assist the Court in resolving two appellate issues. *See* Order, *Ex parte Smiley*, Nos. WR-31,454-03 & WR-31,545-04 (Tex. Crim. App. Apr. 29, 2015). Pursuant to Rule 6.2 of the Texas Rules of Appellate Procedure, the undersigned enters this Notice of Appearance of Counsel for TDCJ, for purposes of this proceeding. The required contact information is listed below and is where all correspondence should be sent.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

2

EDWARD L. MARSHALL
Chief, Criminal Appeals Division


/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN*

*Lead Counsel     Assistant Attorney General
Supervising Attorney
   for Non-Capital Appeals
Criminal Appeals Division
State Bar No. 00793549
Joseph.Corcoran@TexasAttorneyGeneral.gov

P.O. Box 12548, Capitol Station
Austin, Texas   78711-2548
Telephone: (512) 936-1400
Facsimile: (512) 936-1280

ATTORNEYS FOR THE TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure, I do hereby certify that if the email address of the attorneys designated below is on file with the electronic filing manager, a true and correct copy of the foregoing notice was served electronically by that electronic filing manager, on the following attorneys via electronic mail:

Kenneth Nash
State Counsel for Offenders
Attorney for Applicant

Andrea Jacobs
Assistant Criminal District Attorney
Tarrant County, Texas

Moreover, I do hereby certify that if the email addresses for the designated attorneys are not on file with the electronic filing manager, a true and correct copy of the foregoing pleading was served by email, addressed to:

Kenneth Nash
Attorney for Applicant
Ken.Nash@tdcj.texas.gov

Andrea Jacobs
atjacobs@tarrantcounty.com

/s/ Joseph P. Corcoran
JOSEPH P. CORCORAN
Assistant Attorney General

4